### 3474.    DRAPER & CO. *v.* BURR MANUFACTURING CO.

HILL, C. J. This was a suit in a justice's court, upon an open account verified by the affidavit of the plaintiff. When called for trial, no counter-affidavit was filed, and the case was in default, and judgment was rendered for the plaintiff. Subsequently the defendant appeared and filed a plea, and entered an appeal from the judgment to a jury in the justice's court. When the appeal was reached for trial the justice struck the plea because filed too late, and dismissed the appeal. On certiorari the justice was sustained. *Held,* no error. Civil Code (1910), § 4730; *Odell* v. *Meacham,* 114 *Ga.* 910; *Rockmore* v. *Cullen,* 94 *Ga.* 648.

*Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Certiorari; from Decatur superior court—Judge Frank Park. May 14, 1911.

*John R. Wilson,* for plaintiffs in error.

*Russell & Custer, W. O. Fleming,* contra.